Hayes v Hillside Family of Agencies (2023 NY Slip Op 04865)

Hayes v Hillside Family of Agencies

2023 NY Slip Op 04865

Decided on September 29, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 29, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, OGDEN, GREENWOOD, AND NOWAK, JJ.

649 CA 22-01952

[*1]SARAH HAYES, PLAINTIFF-RESPONDENT,
v
HILLSIDE FAMILY OF AGENCIES, DEFENDANT-APPELLANT. (APPEAL NO. 1.) 

HARRIS BEACH PLLC, PITTSFORD (M. IBRAHIM TARIQ OF COUNSEL), FOR DEFENDANT-APPELLANT.
SARAH HAYES, PLAINTIFF-RESPONDENT PRO SE. 

 Appeal from an order of the Supreme Court, Onondaga County (Gregory R. Gilbert, J.), entered May 31, 2022. The order, insofar as appealed from, denied defendant's cross-motion for summary judgment dismissing the complaint. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Hayes v Hillside Family of Agencies ([appeal No. 2] — AD3d — [Sept. 29, 2023] [4th Dept 2023]).
Entered: September 29, 2023
Ann Dillon Flynn
Clerk of the Court